1  SEAN P. FLYNN (SBN: 15408)
   1 East Liberty Street, Suite 424
2  Reno, NV 89501
   Telephone:     (775) 467-2610
3  Email:         sflynn@grsm.com

4

   Attorney for Defendant
5  TOP LINE REPORTING, INC.

6

7                    **UNITED STATES DISTRICT COURT**

8                           **DISTRICT OF NEVADA**

9

| | |
|---|---|
| 10  JAMES ANDREW JACKSON, JR., | CASE NO.: 2:25-cv-01913-APG-BNW |
| 11                    Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT <u>BEYOND</u> 30 DAYS** |
| 12       vs. | |
| 13  TOP LINE REPORTING INC.; CARLTON EQUITIES LLC; EQUIFAX INFORMATION SERVICES, LLC, | Complaint Filed: October 7, 2025 |
| 14 | |
| 15                    Defendant. | Current Response Date: December 15, 2025 |
| 16 | Proposed New Response Date: December 29, 2025 |

17

18

19     Counsel for Defendant, Top Line Reporting, Inc. ("Defendant"), and Counsel for

20  Plaintiff, James Andrew Jackson, Jr. (hereinafter "Plaintiff"), hereby stipulate to extend the time

21  for Defendant to respond to Plaintiff's Complaint, filed on October 7, 2025 and served on

22  Defendant on October 14, 2025 [ECF No. 6].  The Parties are actively engaged in ongoing

23  negotiations to resolve this matter and believe the additional time would adequately facilitate the

24  negotiations.

25     After informal agreements for extensions, Defendant's response was due on December

26  15, 2025.  Therefore, the Parties request Defendant's deadline be extended by an additional 14

27  days to December 29, 2025.

28     This is the Parties first request for a court order extending time for Defendant to respond

**Gordon Rees Scully Mansukhani, LLP**
1 East Liberty Street, Suite 424
Reno, NV  89501

---
-1-
STIPULTION TO EXTEND TIME TO RESPOND TO COMPLAINT

1  to the Complaint.  This request is made in good faith and is not being made to delay these
2  proceedings.  Moreover, as stated above, the requested additional time may help facilitate
3  settlement negotiations.
4       IT IS SO STIPULATED.

Dated:  December 22, 2025        GORDON REES SCULLY MANSUKHANI, LLP

By:   *s/Sean P. Flynn*
     Sean P. Flynn
     Attorneys for Defendant
     Top Line Reporting, Inc.

Dated:  December 22, 2025        LAW OFFICE OF KEVIN L. HERNANDEZ

By:   *s/Kevin L. Hernandez*
     Kevin L. Hernandez
     Law Office of Kevin L. Hernandez
     Attorney for Plaintiff
     James Andrew Jackson, Jr.

**ORDER**

IT IS SO ORDERED:

Dated: December 23, 2025        _____
                                     UNITED STATES MAGISTRATE JUDGE