Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES ANDREW JACKSON, JR., <br><br> Plaintiff, <br><br> v. <br><br> TOP LINE REPORTING INC., CARLTON EQUITIES LIMITED, CARLTON EQUITIES, INC., EQUIFAX INFORMATION SERVICES, LLC, <br><br> Defendants. | Case No.: 2:25-cv-01913-APG-BNW <br><br><br> **STIPULATION AND ORDER OF DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC WITH PREJUDICE** |

Plaintiff, James Andrew Jackson, Jr. ("Plaintiff") and Defendant, Equifax Information Services, LLC ("Equifax") (Plaintiff and Equifax are collectively referred to as the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the claims against Equifax with prejudice under Fed.R.Civ.P. 41(a)(1)(A)(ii), with the Parties bearing their own attorneys' fees and costs

///

///

///

///

Page 1 of 2

incurred in this action.

Respectfully Submitted.

Dated: February 19, 2026

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: February 19, 2026

**CLARK HILL PLLC**

*/s/ Gia N. Marina*
Gia N. Marina, Esq.
Nevada Bar No. 15276
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
gmarina@clarkhill.com
*Attorneys for Equifax Information Services
LLC*

Dated: February 19, 2026

**GORDON REES SCULLY
MANSUKHANI, LLP**

*/s/ Sean P. Flynn*
Sean P. Flynn
*Attorneys for Defendant
Top Line Reporting, Inc.*

<u>**ORDER OF DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC WITH
PREJUDICE**</u>

Under Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff's claims against Equifax are hereby dismissed with prejudice. Plaintiff and Equifax will bear their own costs, attorney's fees, and expenses.

**IT IS SO ORDERED:**

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: February 23, 2026

Page 2 of 2

Law Office of Kevin L. Hernandez
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
TEL: (702) 563-4450  FAX: (702) 552-0408