**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES ANDREW JACKSON, JR., | Case No.: 2:25-cv-01913-APG-BNW |
| Plaintiff | **Order for Status Report** |
| v. | |
| TOPLINE REPORTING, INC., et al., | |
| Defendants | |

On March 25, 2026, plaintiff James Jackson and defendant Top Line Reporting, Inc. advised the court that they had reached a settlement and requested 45 days to file stipulation of dismissal or a joint status report regarding settlement.  More than 45 days have passed, and these parties have not filed a stipulation of dismissal or a joint status report.

I THEREFORE ORDER plaintiff James Jackson and defendant Top Line Reporting, Inc. to file a stipulation of dismissal or a joint status report regarding settlement by July 8, 2026.

DATED this 24th day of June, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE