Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES ANDREW JACKSON, JR.,<br><br>Plaintiff,<br><br>v.<br><br>TOP LINE REPORTING INC., CARLTON EQUITIES LIMITED, EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:25-cv-01913-APG-BNW<br><br>**STIPULATION AND PROPOSED ORDER OF DISMISSAL OF TOP LINE REPORTING INC. WITH PREJUDICE** |

Plaintiff and Defendant, Top Line Reporting Inc. ("TLR") have resolved all claims, disputes, and differences between Plaintiff and TLR.

Therefore, Plaintiff and TLR, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the claims against TLR with prejudice under Fed.R.Civ.P. 41(a)(1)(A)(ii), with Plaintiff and TLR bearing their own attorneys'

///

///

///

///

///

///

fees, costs, and expenses incurred in this action.

Respectfully Submitted.

Dated: June 25, 2026

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
*Attorney for Plaintiff*

Dated: June 25, 2026

**GORDON REES SCULLY
MANSUKHANI, LLP**

*/s/ Sean P. Flynn*
Sean P. Flynn
Nevada Bar No. 15408
*Attorney for Defendant
Top Line Reporting, Inc.*

### [PROPOSED] ORDER OF DISMISSAL OF TOP LINE REPORTING INC. WITH PREJUDICE

Under Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff's claims against TLR are hereby dismissed with prejudice. Plaintiff and TLR will bear their own costs, attorney's fees, and expenses.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: ___June 29, 2026___

Law Office of Kevin L. Hernandez
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
TEL: (702) 563-4450 FAX: (702) 552-0408